MYERS & COMPANY P.L.L.C
Michael David Meyers WSBA #22486
1530 Eastlake Avenue East
Seattle, Washington 98102
Telephone (206) 398-1188

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| William Roper and Carol Roper,<br><br>Plaintiffs,<br><br>v.<br><br>BorgWarner Morse Tec, Inc., et al.,<br><br>Defendants. | Case No.: 2:16-cv-01453-TSZ<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT ITT ONLY, WITHOUT PREJUDICE AND WITHOUT COSTS |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant, that all claims against Defendant ITT LLC formerly known as ITT CORPORATION shall be, and hereby are, dismissed without prejudice. Each party to bear its own fees and costs.

Dated: January 17, 2017

NAPOLI SHKOLNIK, PLLC

*Tammy C. Barcenilla*
Tammy C. Barcenilla
Pro Hac Vice CSBA #270984
NAPOLI SHKOLNIK, PLLC
525 South Douglas Street, Suite 260
El Segundo, CA 90245
T: (310) 331-8224
 and
Michael David Meyers
WSBA #22486
MYERS & COMPANY P.L.L.C
1530 Eastlake Avenue East
Seattle, Washington 98102
Telephone (206) 398-1188
Counsel for Plaintiffs

Dated: January 20, 2017

GARDNER TRABOLSI & ASSOCIATES, PLLC


/s/ Ronald Gardner

Ronald C. Gardner, WSBA #9270
GARDNER TRABOLSI & ASSOCIATES, PLLC
2200 Sixth Avenue, Suite 600
Seattle, WA 98126
Telephone: (206) 256-6309
Email: rgardner@gandtlawfirm.com
Attorneys for Defendant ITT LLC

PURSUANT TO STIPULATION, docket no. 78, IT IS SO **ORDERED**.

Plaintiffs' Claims against Defendant ITT LLC, formerly known as ITT Corporation, are hereby DISMISSED without prejudice, each party to bear its own fees and costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 25, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge