THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM ROPER and CAROL ROPER, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>BORGWARNER MORSE TEC, INC., *et al.*,<br><br>Defendants. | No.: 2:16-CV-01453-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT J.T. THORPE & SON, INC. |

## STIPULATION

Plaintiffs have agreed to dismiss their claims without prejudice against defendant, J.T. Thorpe & Son, Inc., as alleged in their complaint filed herein, and defendant has agreed to waive its fees and costs incurred in this matter.

By stipulated motion, the undersigned parties hereby move the court for entry of the order incorporated herein.

DATED: 5/22/2017                     DATED: 5/22/2017

NAPOLI SHKOLNIK, PLLC                BULLIVANT HOUSER BAILEY PC


/s/ *Tammy C. Barcenilla*             /s/ *Katherine M. Steele*
Tammy C. Barcenilla (*pro hac vice*)  Katherine M. Steele, WSBA #11927
Attorneys for Plaintiffs              Attorneys for Defendant
                                      J.T. Thorpe & Son, Inc.

# ORDER

Plaintiffs' claims against defendant J.T. Thorpe & Son, Inc. are dismissed without prejudice, reserving to plaintiffs their claims against all other parties.

DATED this 25th day of May, 2017.

>  *[signature]*
> Thomas S. Zilly
> United States District Judge

Prepared and presented by:

BULLIVANT HOUSER BAILEY PC

By /s/ *Katherine M. Steele*
    Katherine M. Steele, WSBA #11927
    Attorneys for Defendant
    J.T. Thorpe & Son, Inc.

APPROVED AS TO FORM:
NOTICE OF PRESENTATION WAIVED

NAPOLI SHKOLNIK, PLLC

By /s/ *Tammy C. Barcenilla*
    Tammy C. Barcenilla *(pro hac vice)*
    Attorneys for Plaintiffs

4819-7945-2743.1