UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WILLIAM ROPER and CAROL ROPER, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>BORGWARNER MORSE TEC, INC., et.al.<br><br>Defendants. | Case No.: 2:16-cv-01453-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ZURN INDUSTRIES, LLC WITHOUT PREJUDICE |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs WILLIAM ROPER and CAROL ROPER and Defendant ZURN INDUSTRIES, LLC, by and through their respective counsel, hereby stipulate to the entry of an Order of Dismissal of all claims in this civil action as to Defendant ZURN INDUSTRIES, LLC, without prejudice and with each party bearing its own fees and costs, and reserving to Plaintiffs their claims against all other parties.

/ / /

/ / /

/ / /

/ / /

1 - STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ZURN INDUSTRIES, LLC WITHOUT PREJUDICE

Case No.: 2:16-cv-01453-TSZ

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

1  This stipulation and agreed order have been approved as to form; notice of presentation
2  and hearing on said Order of Dismissal is hereby waived by the parties.
3      IT IS SO STIPULATED:
4
5  Dated this 31st day of May, 2017
6
7  Dated: _May 31, 2017_____     Dated: __May 31, 2017_____

8  NAPOLI SHKOLNIK, PLLC                 RIZZO MATTINGLY BOSWORTH PC

9  By:   _s/Tammy C. Bercenilla_____     By:   _s/Allen Eraut_____
10     Tammy C. Barcenilla                  Allen Eraut, WSBA # 30940
       Pro Hac Vice CSBA #270984            Email: aeraut@rizzopc.com
11     Napoli Shkolnik, PLLC                Rizzo Mattingly Bosworth PC
       525 South Douglas Street, Suite 260  1300 SW Sixth Avenue, Suite 330
12     El Segundo, CA 90245                 Portland, Oregon 97201
       Tel: (310) 331-8224                  Tel: (503) 229-1819
13         and                              Fax: (503) 229-0630
       Michael D, Myers                     Attorney for Zurn Industries, LLC
14     WSBA #22486
       Myers & Company PLLC
15     1530 Eastlake Avenue East
       Seattle, WA 98102
16     Tel: (206) 398-1188
       Counsel for Plaintiffs
17
18
19
20
21
22
23
24
25
26

2 - STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ZURN
INDUSTRIES, LLC WITHOUT PREJUDICE

Case No.: 2:16-cv-01453-TSZ

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

# ORDER

THIS MATTER having come before the Court by way of the foregoing stipulation by Plaintiffs and Defendant Zurn Industries, LLC to dismiss all claims against Zurn Industries, LLC only without prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against Defendant ZURN INDUSTRIES, LLC are hereby dismissed without prejudice, and without costs to either party.

DATED this 1st day of June, 2017.

Thomas S. Zilly
United States District Judge

3 - STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ZURN INDUSTRIES, LLC WITHOUT PREJUDICE

Case No.: 2:16-cv-01453-TSZ

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630