Honorable THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

WILLIAM ROPER, and CAROL ROPER,
individually and as a marital community,

Plaintiffs,

v.

BORGWARNER MORSE TEC, INC., et al.,

Defendants.

NO. 2:16-cv-01453-TSZ

STIPULATION AND ORDER OF
DISMISSAL OF CLEAVER-BROOKS,
INC.

**STIPULATION**

Pursuant to Fed.R.Civ.P. 41(a), IT IS HEREBY STIPULATED by and between the affected parties, Plaintiff William Roper and Carol Roper, individually and as a marital community, and Defendant Cleaver-Brooks, Inc., that all of Plaintiffs' claims in the above-entitled matter against Defendant Cleaver-Brooks, Inc., may be dismissed with prejudice and without costs, reserving to Plaintiffs their claims against all other parties.

DATED this 1st day of June, 2017.

CARNEY BADLEY SPELLMAN

By */s/ Timothy K. Thorson*
    Timothy K. Thorson, WSBA #12860
    Of Attorneys for Defendant
    Cleaver-Brooks, Inc.

NAPOLI SHKOLNIK PLLC

By */s/ Tammy C. Barcenilla*
    Tammy C. Barcenilla (pro hac vice)
    Attorneys for Plaintiff

**ORDER**

THIS MATTER having come before the Court on the foregoing Stipulation of the undersigned parties, it is hereby

STIPULATION AND ORDER OF DISMISSAL OF CLEAVER-
BROOKS, INC. – 1
(2:16-cv-01453-TSZ)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CLE010-5059 Stip & Order of Dismissal of Cleaver-Brooks, Inc

ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims in this matter against Defendant Cleaver-Brooks, Inc. are hereby dismissed with prejudice and without costs to either party, reserving to Plaintiffs their claims against all other parties.

DATED this 6th day of June, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

CARNEY BADLEY SPELLMAN

By  */s/ Timothy K. Thorson*
    Timothy K. Thorson, WSBA #12860
    Of Attorneys for Defendant
    Cleaver-Brooks, Inc.

NAPOLI SHKOLNIK PLLC

By  */s/ Tammy C. Barcenilla*
    Tammy C. Barcenilla (pro hac vice)
    Of Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL OF CLEAVER-
BROOKS, INC. – 2
(2:16-cv-01453-TSZ)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CLE010-5059 Stip & Order of Dismissal of Cleaver-Brooks, Inc