UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM ROPER and CAROL ROPER, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>BORGWARNER MORSE TEC, INC. as successor-by-merger to BorgWarner Corp., et al.,<br><br>Defendants. | NO. 2:16-cv-01453-TSZ<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT THOMAS DEE ENGINEERING CO. INC. ONLY WITHOUT PREJUDICE AND WITHOUT COSTS |

## STIPULATION

COME NOW Plaintiffs William Roper and Carol Roper, individually and as a marital community, and Defendant THOMAS DEE ENGINEERING CO. INC., by and through their respective counsel, and stipulate to the entry of an Order of Dismissal as to THOMAS DEE ENGINEERING CO. INC. only, such dismissal to be without prejudice and without costs to either party.

This stipulation and agreed order have been approved as to form; notice of presentation and hearing on said Order of Dismissal is hereby waived by the parties.

///

///

///

{APR1584669.DOCX;1/12346.000030/ }
STIPULATION FOR DISMISSAL OF DEFENDANT THOMAS DEE ENGINEERING CO. INC.
ONLY WITHOUT PREJUDICE AND WITHOUT COSTS - 1
NO. 2:16-Civil-01453-TSZ

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

DATED this 1st day of June, 2017.

NAPOLI SHKOLNIK, PLLC

*/s/ Tammy C. Barcenilla*
Tammy C. Barcenilla, CSBA #270984
525 South Douglas Street, Suite 260
El Segundo, CA 90245
Tel: 310.331.8224
Pro Hac Vice

and

MYERS & COMPANY P.L.L.C.

Michael D. Myers, WSBA #22486
1530 Eastlake Avenue East
Seattle, WA 98102
Tel: 206.398.1188
Counsel for Plaintiffs

DATED this 1st day of June, 2017.

OGDEN MURPHY WALLACE, P.L.L.C.

*/s/ Aaron P. Riensche*
Aaron P. Riensche, WSBA #37202
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215
Attorneys for Defendant
Thomas Dee Engineering Company

///
///
///
///
///
///

{APR1584669.DOCX;1/12346 000030/ }
STIPULATION FOR DISMISSAL OF DEFENDANT THOMAS DEE ENGINEERING CO. INC.
ONLY WITHOUT PREJUDICE AND WITHOUT COSTS - 2
NO. 2:16-Civil-01453-TSZ

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

## ORDER

Pursuant to STIPULATION, **IT IS SO ORDERED**. Plaintiffs' claims against Defendant Thomas Dee Engineering Co. Inc. are hereby DISMISSED without prejudice, and without costs to any party.

DATED this 13th day of June, 2017.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

{APR1584669.DOCX;1/12346.000030/ }
STIPULATION FOR DISMISSAL OF DEFENDANT THOMAS DEE ENGINEERING CO. INC.
ONLY WITHOUT PREJUDICE AND WITHOUT COSTS - 3
NO. 2:16-Civil-01453-TSZ

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215