1

THE HONORABLE THOMAS S. ZILLY

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
8

9  WILLIAM ROPER and CAROL ROPER,
   individually and as a marital community,          No.: 2:16-CV-01453-TSZ
10
                           Plaintiffs,               STIPULATED MOTION OF DISMISSAL
11                                                   AS TO DEFENDANT METALCLAD
           v.                                        INSULATION, LLC
12
   BORGWARNER MORSE TEC, INC., *et al.*,             **[*Clerk's Action Required*]**
13
                           Defendants.
14
                                **STIPULATION**
15
           Plaintiffs have agreed to dismiss their claims with prejudice against defendant,
16
   Metalclad Insulation, LLC, as alleged in their complaint filed herein, and defendant has
17
   agreed to waive its fees and costs incurred in this matter.
18
           By stipulated motion, the undersigned parties hereby move the court for entry
19
   of the order incorporated herein.
20

21  DATED:  June 13, 2017                       DATED:  June 13, 2017

22  NAPOLI SHKOLNIK, PLLC                       BULLIVANT HOUSER BAILEY PC

23

24  /s/ *Tammy C. Barcenilla*                    /s/ *Katherine M. Steele*
    Tammy C. Barcenilla (*pro hac vice*)         Katherine M. Steele, WSBA #11927
25  Attorneys for Plaintiffs                     Attorneys for Defendant
                                                 Metalclad Insulation, LLC
26

STIPULATED MOTION OF DISMISSAL AS TO DEFENDANT          Page 1          **Bullivant|Houser|Bailey PC**
METALCLAD INSULATION, LLC
                                                                        1700 Seventh Avenue, Suite 1810
                                                                        Seattle, Washington 98101-1397
                                                                        Telephone: 206.292.8930

**ORDER**

Pursuant to stipulation, it is so ORDERED.

Plaintiffs' claims against defendant Metalclad Insulation, LLC are dismissed with prejudice, reserving to plaintiffs their claims against all other parties. Defendant Metalclad Insulation, LLC's motion for summary judgment, docket no. 93, is STRICKEN as moot.

DATED this 14th day of June, 2017.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

Prepared and presented by:

BULLIVANT HOUSER BAILEY PC

By /s/ *Katherine M. Steele*
       Katherine M. Steele, WSBA #11927
       Attorneys for Defendant
       Metalclad Insulation, LLC

APPROVED AS TO FORM:
NOTICE OF PRESENTATION WAIVED

NAPOLI SHKOLNIK, PLLC

By /s/ *Tammy C. Barcenilla*
       Tammy C. Barcenilla *(pro hac vice)*
       Attorneys for Plaintiffs

4852-8898-9770.1

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930