UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM ROPER, and CAROL ROPER, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>BORGWARNER MORSE TEC, INC., et al.,<br><br>Defendants. | NO. 2:16-cv-01453-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL OF SABERHAGEN HOLDINGS, INC. |

## STIPULATION

Pursuant to Fed.R.Civ.P. 41(a), IT IS HEREBY STIPULATED by and between the affected parties, plaintiffs William Roper and Carol Roper, individually and as a marital community, and specially-appearing defendant Saberhagen Holdings, Inc., that all of plaintiffs' claims in the above-entitled matter against Saberhagen Holdings, Inc., may be dismissed without prejudice and without costs, reserving to plaintiffs their claims against all other parties.

DATED this 26th day of June, 2017.

| | |
|---|---|
| CARNEY BADLEY SPELLMAN | NAPOLI SHKOLNIK PLLC |
| By */s/ Timothy K. Thorson*<br>Timothy K. Thorson, WSBA #12860<br>Of Attorneys for Specially-Appearing<br>Defendant Saberhagen Holdings, Inc. | By */s/Tammy C. Barcenilla*<br>Tammy C. Barcenilla (pro hac vice)<br>Of Attorneys for Plaintiffs |

STIPULATION AND ORDER OF DISMISSAL OF SABERHAGEN HOLDINGS, INC. – 1
(2:16-cv-01453-TSZ)

CLE010-5059 4621328

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

# ORDER

THIS MATTER having come before the Court on the foregoing Stipulation of the undersigned parties, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiffs' claims in this matter against specially-appearing defendant Saberhagen Holdings, Inc. are hereby dismissed without prejudice and without costs to either party, reserving to plaintiffs their claims against all other parties.

DATED this 27th day of June, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

CARNEY BADLEY SPELLMAN

By */s/ Timothy K. Thorson*
    Timothy K. Thorson, WSBA #12860
    Of Attorneys for Specially-Appearing
    Defendant Saberhagen Holdings, Inc.

NAPOLI SHKOLNIK PLLC

By */s/ Tammy C. Barcenilla*
    Tammy C. Barcenilla (pro hac vice)
    Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL OF SABERHAGEN HOLDINGS, INC. – 2
(2:16-cv-01453-TSZ)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CLE010-5059 4621328