**The Honorable Thomas S. Zilly**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WILLIAM ROPER AND CAROL ROPER, INDIVIDUALLY AND AS A MARITAL COMMUNITY, ,<br><br>Plaintiffs,<br><br>v.<br><br>BORGWARNER MORSE TEC, INC., AS SUCCESSOR-BY-MERGER TO BORGWARNER CORPORATION, ET AL.,<br><br>Defendants. | Case No. 2:16-cv-01453-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT BORGWARNER MORSE TEC, INC. |

## **STIPULATION**

Plaintiff and Defendant BorgWarner Morse TEC, Inc., as Successor-by-merger to BorgWarner Corporation ("BorgWarner"), by and through their respective attorneys of record, hereby stipulate that all claims against BorgWarner only may be dismissed with prejudice and without costs and/or attorney's fees as to either party.

///

///

STIPULATION AND ORDER TO DISMISS
BORGWARNER MORSE TEC, INC.,
Case No.: 2:16-cv-01453-TSZ -1

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

40454.1 2183.40840

1 DATED this 29 day of June, 2017.
2
3 NAPOLI SHKOLNIK PLLC                     SELMAN BREITMAN LLP
4
5
  By: /s/ Tammy C. Barcenilla              By: /s/ Richard D. Ross
6     TAMMY C. BARCENILLA (*pro hac*          RICHARD D. ROSS, WSBA #34502
      *vice*)                                 Attorneys for Defendant BorgWarner
7     Attorneys for Plaintiffs                Morse TEC INC.

STIPULATION AND ORDER TO DISMISS                                SELMAN BREITMAN LLP
BORGWARNER MORSE TEC, INC.,                                    800 Fifth Avenue, Suite 4100
Case No.: 2:16-cv-01453-TSZ -2                                         Seattle, WA 98104
                                                          T: 206.447.6461 F:206.588.4185

40454.1 2183.40840

# ORDER OF DISMISSAL

Pursuant to the Stipulation of plaintiffs and defendant BorgWarner Morse TEC, Inc. ("BorgWarner"), docket no. 109, it is hereby ORDERED that plaintiffs' claims against BorgWarner are dismissed with prejudice and without costs or attorney's fees to either party.

DATED this 29th day of June, 2017.

_____
Thomas S. Zilly
United States District Judge

PRESENTED BY:

SELMAN BREITMAN LLP

By: /s/ Richard D.Ross_____
    RICHARD D. ROSS, WSBA #34502
    Attorneys for Defendant BorgWarner
    Morse TEC INC.

APPROVED BY:

NAPOLI SHKOLNIK PLLC

By: /s/ Tammy C. Barcenilla_____
    TAMMY C. BARCENILLA (*pro hac vice*)
    Attorneys for Plaintiffs

STIPULATION AND ORDER TO DISMISS
BORGWARNER MORSE TEC, INC.,
Case No.: 2:16-cv-01453-TSZ -3

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

40454.1 2183.40840