HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM ROPER and CAROL ROPER, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>BORGWARNER MORSE TEC, INC., as successor-by-merger to BorgWarner Corp., et al.,<br><br>Defendants | No. 2:16-cv-01453-TSZ<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT TRANE U.S. INC.** |

///
///
///
///
///
///
///
///
///

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT TRANE U.S. INC. - 1
Case No. 2:16-cv-01453-TSZ

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## STIPULATION

The above-captioned plaintiffs and defendant Trane U.S. Inc. stipulate to the entry of the following Order of Dismissal without further Notice, without prejudice and without costs to either party, reserving to plaintiff all plaintiff's rights of action, claims, and demands against any and all other parties.

DATED this 6th day of July 2017.

NAPOLI SHKOLNIK, PLLC

*s/Tammy C. Barcenilla*
Tammy C. Barcenilla, (Pro Hac Vice)
Attorneys for Plaintiffs

GORDON & REES LLP

*s/Mark B. Tuvim*
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Trane U.S. Inc.

MYERS & COMPANY, PLLC

*s/Michael David Myers*
Michael David Myers, WSBA 22486
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT TRANE U.S. INC. - 2
Case No. 2:16-cv-01453-TSZ

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# ORDER OF DISMISSAL

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against defendant Trane U.S. Inc., its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed without prejudice and without costs to either party, reserving to plaintiff all plaintiff's right of action, claims, and demands against any and all other parties.

DATED this 12th day of July, 2017.

*(signature)*

Thomas S. Zilly
United States District Judge

Presented by:
MYERS & COMPANY, PLLC

*s/Michael David Myers*
Michael David Myers, WSBA 22486
Attorney for Plaintiff

NAPOLI SHKOLNIK, PLLC

*s/Tammy C. Barcenilla*
Tammy C. Barcenilla, (Pro Hac Vice)
Attorneys for Plaintiffs

GORDON & REES LLP

*s/Mark B. Tuvim*
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Defendant Trane U.S. Inc

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT TRANE U.S. INC. - 3
Case No. 2:16-cv-01453-TSZ

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822