UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM ROPER and CAROL ROPER, individually and as a marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>BORGWARNER MORSE TEC, INC, as successor-by-merger to BorgWarner Corp., et al.,<br><br>Defendants. | Case No. 2:16-cv-01453-TSZ<br><br>**ORDER TO CONTINUE THE EXPERT DISCLOSURE DEADLINE** |

Based on the Corrected Joint Stipulation of all parties filed on July 12, 2017, docket no. 114, the deadline for disclosure of expert testimony is continued from July 12, 2017, to **August 14, 2017**, and any rebuttal reports will be due on **September 5, 2017**.

Dated this 12th day of July, 2017.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER TO CONTINUE THE
EXPERT DISCLOSURE DEADLINE

NAPOLI SHKOLNIK, PLLC.
525 S. DOUGLAS ST. SUITE 260
EL SEGUNDO, CA 90245
TELEPHONE:(310) 331-8224