# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM ROPER and CAROL ROPER, individually and as a marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>BORGWARNER MORSE TEC, INC., et al.<br><br>Defendants. | NO. 2:16-cv-01453-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT LONE STAR INDUSTRIES, INC. ONLY |

## **STIPULATION**

Plaintiffs William Roper and Carol Roper ("Plaintiffs") and Defendant Lone Star Industries, Inc. ("Lone Star Industries"), by and through their counsel of record, stipulate that all claims against Lone Star Industries may be dismissed without prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to plaintiffs their claims against the other parties.

///

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT LONE STAR INDUSTRIES, INC. ONLY
NO. 2:16-cv-01453-TSZ

Page 1

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

DATED this 24th day of August, 2017.

| | |
|---|---|
| NAPOLI SHKOLNIK, PLLC | FOLEY & MANSFIELD, PLLP |
| */s/ Christopher P. Gladd* <br> Christopher P. Gladd, NYB #2516169 <br> (*Pro Hac Vice*) <br> Counsel for Plaintiffs | */s/ Howard (Terry) Hall* <br> Howard (Terry) Hall, WSBA #10905 <br> Counsel for Defendant <br> Lone Star Industries, Inc. |

## **ORDER**

Pursuant to the parties' stipulation, it is hereby ORDERED that all claims against Defendant Lone Star Industries are hereby dismissed without prejudice and without costs or attorney fees as to any party, reserving to plaintiffs their claims against the other parties.

DATED this 25th day of August, 2017.

Thomas S. Zilly
United States District Judge

*Presented by:*

FOLEY & MANSFIELD, PLLP

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE AS
TO DEFENDANT LONE STAR
INDUSTRIES, INC. ONLY
NO. 2:16-cv-01453-TSZ

Page 2

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

*/s/ Howard (Terry) Hall*
Howard (Terry) Hall, WSBA #10905
Counsel for Defendant Lone Star Industries, Inc.

*Approved by:*

NAPOLI SHKOLNIK, PLLC

*/s/ Christopher P. Gladd*
Christopher P. Gladd, NYB #2516169
(*Pro Hac Vice*)
Counsel for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT LONE STAR INDUSTRIES, INC. ONLY
NO. 2:16-cv-01453-TSZ

Page 3

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360