UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM ROPER AND CAROL ROPER,

               Plaintiffs,

    v.

BORGWARNER MORSE TEC, INC., et al.,

               Defendants.

C16-1453 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiffs' motion for leave to amend the complaint and to substitute party, docket no. 135, to which all remaining parties have consented, is GRANTED.  Pursuant to Fed. R. Civ. P. 25(a), Carol Roper is hereby substituted for deceased plaintiff William Roper as the Personal Representative of his Estate.  Plaintiffs shall electronically file the Amended Complaint via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order.  Using the CM/ECF system, plaintiffs shall add any new parties and terminate any parties no longer named in the Amended Complaint, as applicable.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of September, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1