UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL ROPER, individually and as the personal representative of the Estate of WILLIAM ROPER, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BORGWARNER MORSE TEC, INC., et al.,<br><br>Defendants. | C16-1453 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Stipulation and Order of Dismissal With Prejudice of Defendant Schneider Electric USA, Inc., docket no. 146, is STRICKEN as moot pursuant to the Court's Order, docket no. 145, dismissing this case with prejudice and without costs. This case was closed on October 26, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of January, 2018.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1